330 A.2d 864
**COMMONWEALTH of Pennsylvania**
v.
**George BETRAND, Appellant (two cases).**

Supreme Court of Pennsylvania.
Argued Nov. 13, 1974.
Decided Jan. 27, 1975.

Charles Lowenthal, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Maxine Stotland, John H. Isom, Asst. Dist. Atty., Abraham J. Gafni, Deputy Dist. Atty. for Law, Philadelphia, for appellee.

Before JONES, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM.

Judgment of sentence affirmed.

EAGEN, J., did not participate in the consideration or decision of this case.